**BLEAKLEY TRANSPORTATION CO., Inc., Owner of the Barge Bleakley No. 36, Libelant Appellant, v. Steam Tug H. D. MOULD; Cornell Steamboat Co., Claimant Appellee.**

Circuit Court of Appeals, Second Circuit.
December 17, 1928.

No. 81.

Opinion below delivered orally.

William F. Purdy, of New York City, for appellant.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed.

**In the Matter of Maurice. CAMPBELL, Bankrupt.**

**John H. Hazelton, Appellant.**

Circuit Court of Appeals, Second Circuit.
December 21, 1928.

No. 133.

Frederick N. Van Zandt, of New York City, for appellant.

Louis M. Treadwell, of New York City (John K. Watson, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.

**Pierre CHASTENET and Another, Plaintiffs Appellees, v. MOUQUIN, Inc., Defendant. Appellant.**

Circuit Court of Appeals, Second Circuit.
December 17, 1928.

No. 118.

Townsend & Kindleberger, of New York City (E. Crosby Kindleberger, of New York City, of counsel), for appellant.

Evarts, Choate, Sherman & Leon, of New York City (Maurice Leon, of New York City, of counsel), for respondents.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Appeal dismissed in open court.

**James H. CULLEN, Libelant Appellant, v. Andrew W. MELLON, as Director General of Railroads, etc., Respondent Appellee; Steam Tug Alfred H. Bromwell, Formerly Known as Steam Tug Dorothy Cullen, Her Engines, etc., Cullen Transportation Company, Claimant Appellant.**

**Andrew W. MELLON, as Director General of Railroads, etc., Libelant Appellee, v. Steam Tug ALFRED H. BROMWELL, Formerly Known as Steam Tug Dorothy Cullen, Her Engines, etc.; Cullen Transportation Company, Claimant Appellant.**

Circuit Court of Appeals, Second Circuit.
December 3, 1928.

No. 23.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

Bigham, Englar & Jones, of New York City (Leonard J. Matteson, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed.

**George L. DONOGHUE, alias G. L. Donoghue, Appellant, v. UNITED STATES, Appellee.**

Circuit Court of Appeals, Fifth Circuit.
January 24, 1929.

No. 5480.

J. H. Webb, of Mobile, Ala., for appellant.

Alex C. Birch, U. S. Atty., of Mobile, Ala. (D. R. Coley, Jr., and J. E. Meredith,